Olympia Cotenia, Appellant, Respondent, v. Buffalo and Lake Erie Traction Company, Respondent, Appellant.— Order granting new trial upon the ground of newly-discovered evidence affirmed, with costs.    Appeal from judgment dismissed, without costs.   All concurred.

Peter D. Murphy, as Administrator, etc., Respondent, v. Daniel C. Murphy and Others, Impleaded with Gertrude Miller and Others, Appellants.— Judgment and order affirmed, with costs.   Held, that under all the circumstances of the case, the appellants, by reason of their laches, should not, in this action, be permitted to assert and maintain their claim to an interest in the premises in question.   All concurred.

In the Matter of the Estate of William G. Percival, Deceased.   Louisa A. Timian and Another, Appellants; Florence A. West, as Accounting Executrix, etc., and Others, Respondents.— Decree of Surrogate's Court modified so as to disallow and reject the claim of Isaac D. West, as executor, etc., of Caroline S. Percival, which was allowed at $961.39, and the findings contained in the finding of fact numbered II, to the effect that Caroline S. Percival paid for the land which was conveyed to her by the Van Dewalkers and that after the sale of the land and the receipt of the purchase price by William C. Percival he never paid the same nor any part thereof to his wife, are disapproved; and as so modified the decree is affirmed, without costs of this appeal to any party.   All concurred.

United Produce Company, Respondent, v. Jesse F. Paddleford, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

William B. Reid, Appellant, v. The Medical Society of the County of Oneida, Respondent.   George C. Reid, Appellant, v. The Medical Society of the County of Oneida, Respondent.   J. Orley Stranahan, Appellant, v. The Medicial Society of the County of Oneida, Respondent.   John E. Groff, Appellant, v. The Medical Society of the County of Oneida, Respondent.— Judgment, in each case, affirmed, with one bill of costs.   Held, that the actions were prematurely brought.   All concurred.

Fred J. Dean, Respondent, v. Genesee Valley Trust Company, as Executor, etc., Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event.   Held, that the verdict of the jury is contrary to and against the weight of the evidence.   All concurred; Foote, J., not sitting.

Edward L. Escher, Respondent, v. Buffalo and Lake Erie Traction Company, Appellant.— Judgment and order affirmed, with costs.   All concurred, except Merrell, J., who dissented.

Myrtle C. Jones, as Executrix, etc., Respondent, v. The Commercial Travelers' Mutual Accident Association of America, Appellant.— Judgment and order affirmed, with costs.   All concurred.

Eva Roesler, an Infant, by Her Guardian ad Litem, Victoria Roesler, Respondent, v. Dunkirk Home Telephone Company, Appellant.— Order denying motion for new trial upon ground of newly-discovered evidence affirmed, with costs.   Judgment and order denying motion for new trial upon the minutes of the court reversed and new trial granted, with costs to appellant to abide event.   Held, that the exception to the charge per-